FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.

★ AUG 5 - 2010 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GARY LABARBERA, et al.,

Plaintiffs,

-against-

OVAN CONSTRUCTION, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

06-CV-2867 (SLT) (VVP)

**TOWNES, United States District Judge:**

On May 14, 2010, the Honorable Victor V. Pohorelsky, United States Magistrate Judge,

issued a Report and Recommendation ("R&R"), recommending that the Court strike defendant's

pleadings and enter a default against the defendant in this action. R&R at 1. Magistrate Judge

Pohorelsky advised the parties that they had fourteen days from the issuance of the R&R in

which to file written objections to it. *Id.* at 2. Although Magistrate Judge Pohorelsky's

chambers mailed a copy of the R&R to defendant on May 17, 2010, no objections have been

received.

A district court is not required to review the factual or legal conclusions of the magistrate

judge as to those portions of a report and recommendation to which no objections are addressed.

*See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Therefore, the Court adopts the R&R in its

entirety as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

**CONCLUSION**

For the reasons stated above, Magistrate Judge Pohorelsky's Report and

Recommendation dated May 14, 2010, is adopted in its entirety. The defendant's pleadings are

stricken and a default is entered against the defendant. Since this Court's Memorandum and

1

Order dated March 31, 2010, the Court referred this case to Magistrate Judge Pohorelsky for an

inquest on damages, no further reference is required.

**SO ORDERED.**

s/ SLT
SANDRA L. TOWNES
United States District Judge

Dated: August 2, 2010
Brooklyn, New York